People v Nelson (2018 NY Slip Op 06393)





People v Nelson


2018 NY Slip Op 06393


Decided on September 28, 2018


Appellate Division, Fourth Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided on September 28, 2018
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., SMITH, DEJOSEPH, NEMOYER, AND TROUTMAN, JJ.


992 KA 15-00365

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
XAVIER NELSON, DEFENDANT-APPELLANT. (APPEAL NO. 2.) 






TIMOTHY P. DONAHER, PUBLIC DEFENDER, ROCHESTER (DREW R. DUBRIN OF COUNSEL), FOR DEFENDANT-APPELLANT.
SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (NANCY GILLIGAN OF COUNSEL), FOR RESPONDENT. 


 Appeal from a judgment of the Monroe County Court (Victoria M. Argento, J.), rendered January 8, 2015. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Same memorandum as in People v Nelson ([appeal No. 1] — AD3d — [Sept. 28, 2018] [4th Dept 2018]).
Entered: September 28, 2018
Mark W. Bennett
Clerk of the Court